**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **THE KINGPIN EMPIRE, INC.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Kingpin University**<br>**DBA  Kingpin Car & Marine Audio** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-4290192** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1610 Raiders Way, Suite 140**<br>**Henderson, NV 89052**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)     **www.kingpinuniversity.com**

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) *(filled)*

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **THE KINGPIN EMPIRE, INC.**                                    Case number (*if known*) _____
      Name

---

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

 

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

 

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor  **THE KINGPIN EMPIRE, INC.**                                   Case number (*if known*) _____
           Name

| | | |
|---|---|---|

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Jason Kranitz** | Relationship | **Principal of Debtor** |
| District | **District of Nevada** | When _____ | Case number, if known | **TBD** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other **Personal Property Located at Debtor's Place of Business - Locks Should be Immediately Changed**

**Where is the property?**  **1610 Raiders Way, Suite 140**
**Henderson, NV, 89052-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☒ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |

Debtor    **THE KINGPIN EMPIRE, INC.**                                    Case number (*if known*) _____
Name

☐ $500,001 - $1 million              ☐ $100,000,001 - $500 million            ☐ More than $50 billion

---

| **16. Estimated liabilities** | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **THE KINGPIN EMPIRE, INC.**                                     Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2023**
              MM / DD / YYYY

X **/s/ Jason Kranitz**                                     **Jason Kranitz**
Signature of authorized representative of debtor           Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Brian D. Shapiro**                  Date **April 14, 2023**
Signature of attorney for debtor                 MM / DD / YYYY

**Brian D. Shapiro 5772**
Printed name

**Law Office of Brian Shapiro, a Nevada LLC**
Firm name

**510 S. 8th Street**
**Las Vegas, NV 89101-7003**
Number, Street, City, State & ZIP Code

Contact phone   **702-386-8600**   Email address   **brian@brianshapirolaw.com**

**5772 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **THE KINGPIN EMPIRE, INC.**

United States Bankruptcy Court for the:   **DISTRICT OF NEVADA**

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2023**     X **/s/ Jason Kranitz**
                                              Signature of individual signing on behalf of debtor

                                              **Jason Kranitz**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **THE KINGPIN EMPIRE, INC.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ 60,556.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ 60,556.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ 205,016.98

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 444,543.47

4. Total liabilities ...................................................................................................
   Lines 2 + 3a + 3b

   $ 649,560.45

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **THE KINGPIN EMPIRE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **U.S. Bank** | **Checking** | **1712** | **Unknown** |
| 3.2. | **US Bank** | **Checking** | **1688** | **Unknown** |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor    **THE KINGPIN EMPIRE, INC.**                              Case number *(If known)* _____
Name

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

�■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **See answer to question 29** | | $0.00 | | Unknown |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies | | | | |

23.    **Total of Part 5.**

| | $0.00 |
|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |

Debtor    **THE KINGPIN EMPIRE, INC.**                          Case number *(If known)* _____
          Name

**All Property Listed Herein is Believed to Be Secured by U.S. Small Business Administration and has been appraised:  (4) 8' x 18'" Folding Tables - $140.00; (3) 6' x 18" Folding Tables - $75.00; (2) Sony 36" TVs - $120.00; Portable Photo Booth - $50.00; Grease Board - $100.00; (14) Folding Chairs - $70.00; LG Refrigerator - $165.00; GE Microwave Oven - $20.00; - Assorted Cardboard Shipping Boxes - $75.00; Wall Display Grid w/Sample Speaker Grills - $50.00; Subwoofer Speaker Box - $25.00; (2) Wall Mount Displays w/ Sample Speakers - $40.00; Wall Display w/ (10) Marine Speakers - $500.00; (2) Side Chairs - $120.00; (2) Executive Office Chairs - $140.00; (2) Desks - $90.00; Computer Monitor - $40.00; Computer w/ Monitor - $100.00; (2) Trash Cans - $15.00; Cash Drawer - $30.00; HP Printer - $35.00; (2) Samsung TVs - $120.00; Exile Amp - $65.00; Large Work Bench w/ Drawers - $80.00; Storage Cabinet - $65.00; (2) Large Transport Cases - $300.00; Wireshelf Unit - $50.00; (2) Plastic Storage Cases - $40.00; Assorted New and Used Stereo Parts - $1,000.00; PR of MTX Audio Speakers Thunder Pro - $50.00; Hyster Forklift Model S50E Ser#DOOSD12889F (Transmission Problem) $2,000.00; Advantage 4-Post Audo Lift - $1,700.00; 20-Ton Hydraulic Press - $250.00;**

|  | $0.00 | Appraisal | $7,720.00 |
|---|---|---|---|

**All Property Listed Herein is Believed to Be Secured by the U.S. Small Business Association and has been appraised - Advantage 4-Post Audo Lift - $1,700.00; 20-Ton Hydraulic Press - $250.00; Rolliing Work Table - $100.00; Rolling Stool - $20.00; Snap-on Jumper Box - $165.00; Storage Cabinet - $75.00; Assorted Hardware (Screws, Nuts, Bolts, Connectors, Etc) - $150.00; Chrome Car Ramps - $100.00; Floor Jack - $45.00; Stool - $45.00; Snap-On Lower Tool Box w/ Hand Tools - $2,000.00; Snap-On Ethos Scanner - $150.00; AMP Meter - $50.00; Assorted Small Electric Meters - $150.00; Snap-On Tool Box - $550.00; Assorted Wire & Cables - $125.00; Shop Vacuum  - $20.00; Denon Reciever - $50.00; (2) Snap-On Battery Chargers & Jump Starters - $40.00; Porter Cable Bench Drill Press - $50.00; Delta Boss Bench Oscillating Spindle Sander - $200.00; Central Machinery Disc Sander - $50.00; (6) Work Bench/Cabinets - $500.00; Rack w/ Assorted Plywodd & Plastic Panels - $175.00; Makita Chopsaw - $90.00; Sindoh 3-D Printer (Broken ) - $20.00; Troy-Bilt Pressure Washer - $175.00; Pallet Rack - $150.00; Small Cabinet - $200.00; Floor Fan - $35.00; Blower - $30.00; 4-Wheel Dolly - $10.00; Transport Case - $85.00; Red Wire Shelf - $45.00; Creeper - $20.00; Folding Table - $20.00; Work Bench - $75.00**

|  | $0.00 | Appraisal | $7,715.00 |
|---|---|---|---|

Debtor    **THE KINGPIN EMPIRE, INC.**                                    Case number (If known) _____
          Name

|  | | | |
|---|---|---|---|
| **All Property Listed Herein is Believed to Be Secured by U.S. Small Business Association and has been appraised: (3) Retractable Hose & Cord Reels - $120.00; Paint Shaker - $35.00; Cascade Paint Gun Washer - $150.00; Fan - $30.00; Assorted Cords - $30.00; Tool Cart - $80.00; Grizzly Industrial Sander - $60.00; Assorted Power Hand Tools (Drills, Staplers, Grinders, Etc.) - $95.00; Porter Cable Mitersaw - $120.00; Rolling Work Bench/Cabinet - $75.00; Rolling Storage Bin - $25.00; 60" Samsung TV - $110.00; Miscellaneous Trade Show Booth Inventory - $250.00** | $0.00 | Appraisal | $1,180.00 |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**
        **All Property Described Herein Appears to be Secured by CTI - Camara Panther PT 408 ATC Router W/Mink MM 1252 AV Pump**                    $0.00    Appraisal    $15,500.00

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                        | $32,115.00 |
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☐ No
        ■ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2017 Toyota Tundra - mileage 86,236.00 - co-owners are Jason Kranitz and Susan Kranitz (Secured by Toyota Financial)** | $0.00 | N/A | $28,441.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **THE KINGPIN EMPIRE, INC.**                                  Case number *(If known)* _____
          Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                              $28,441.00

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **www.kingpinuniversity.com** | **Unknown** | | **Unknown** |
|         **Kingpin Facebook Page under kingpinfabricationtools** | **Unknown** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** **Trademarks and Tradename of Kingpin University** | **$0.00** | | **Unknown** |
| 65.    **Goodwill** **General Goodwill of Business** | **Unknown** | | **Unknown** |

66.    **Total of Part 10.**                                                                              $0.00

       Add lines 60 through 65. Copy the total to line 89.

Debtor    **THE KINGPIN EMPIRE, INC.**                              Case number *(If known)* _____
          Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| 71.    **Notes receivable**<br>Description (include name of obligor) |  |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.    **Interests in insurance policies or annuities** |  |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Alter Ego Claims - Pre-petition, a creditor filed suit and asserted that Mr. Jason Kranitz is the alter ego of Kingpin Empire, Inc.** | **Unknown** |
| Nature of claim<br>Amount requested $0.00 |  |
| **Claims against Faulkner Buildings, LLC  (prior Landlord) - See Answer and Counter-Claim in Case Number A-21-841894-C** | **Unknown** |
| Nature of claim          **Constructive Eviction; Conversion; and Unjust Enrichment**<br>Amount requested $0.00 |  |
| **Potential actions against Kravitz Schnitzer Johnson & Watson, Chtd. which may include an unused retainer of $1,000.00 remaining** | **Unknown** |
| Nature of claim          contract claim<br>Amount requested $0.00 |  |
| **Potential Claims against Retko Group Inc., current landlord, for failure to fix issues with real property. Likely an offset for amount due and owing on lease.** | **Unknown** |
| Nature of claim          breach of contract<br>Amount requested $0.00 |  |

Debtor    **THE KINGPIN EMPIRE, INC.**                                  Case number *(If known)* _____
Name

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  |
|---:|
| **$0.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
■ Yes

Debtor    **THE KINGPIN EMPIRE, INC.**                                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $32,115.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $28,441.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $60,556.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $60,556.00 |

**Fill in this information to identify the case:**

Debtor name    **THE KINGPIN EMPIRE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  CIT**<br>Creditor's Name<br><br>**155 Commerce Way**<br>**Portsmouth, NH 03801**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2021**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All Property Described Herein Appears to be Secured by CTI - Camara Panther PT 408 ATC Router W/Mink MM 1252 AV Pump**<br><br>**Describe the lien**<br>**UCC-1 recorded with NV Secty of State**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$39,270.68** | **$15,500.00** |
| **2.2  Toyota Financial Services**<br>Creditor's Name<br>**Attention:  Bankruptcy**<br>**PO Box 259001**<br>**Plano, TX 75025**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**5605**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**2017 Toyota Tundra - mileage 86,236.00 - co-owners are Jason Kranitz and Susan Kranitz (Secured by Toyota Financial)**<br><br>**Describe the lien**<br>**Lien on Title**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$19,740.58** | **$28,441.00** |

Debtor    **THE KINGPIN EMPIRE, INC.**

Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $146,005.72 | $7,720.00 |
|---|---|---|---|---|

Creditor's Name

**All Property owned by the entity, execept for Vehicles and CIT Collateral, is the collateral of the SBA (See Schedule B for complete description)**

**13925 Kingsport Road
Fort Worth, TX 76155**

Creditor's mailing address

Describe the lien

**UCC Recorded on 4-14-2021 in all property**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$205,016.98**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CIT Direct Capital
155 Commerce Way
Portsmouth, NH 03801-8660** | Line **2.1** | |
| **First-Citizens Bank & Trust Company
239 Fayetteville Street
Raleigh, NC 27601** | Line **2.1** | |
| **Toyota Financial Services
PO Box 5885
Carol Stream, IL 60197** | Line **2.2** | |
| **Toyota Financial Services
6565 Headquarter Drive
Plano, TX 75024** | Line **2.2** | |
| **Toyota Motor Credit
6565 Headquarters Drive
Plano, TX 75024** | Line **2.2** | |

---

Debtor  **THE KINGPIN EMPIRE, INC.**                                    Case number (if known) _____
        Name

| | |
|---|---|
| **U.S. Small Business Administration**<br>**409 Third St. SW**<br>**Washington, DC 20024** | Line  **2.3** |
| **U.S. Small Business Administration**<br>**1545 Hawkins Blvd. Suite 202**<br>**El Paso, TX 79925** | Line  **2.3** |

**Fill in this information to identify the case:**

Debtor name __THE KINGPIN EMPIRE, INC.__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Affirm, Inc**<br>**30 Isabella Stree, Floor 4**<br>**Pittsburgh, PA 15212**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,332.00** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 60189**<br>**City of Industry, CA 91716**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __1006__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$952.47** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 981540**<br>**El Paso, TX 79998-1535**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __8023__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$968.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __6358__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,938.00** |

Debtor    **THE KINGPIN EMPIRE, INC.**                                     Case number *(if known)* _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,863.00 |
|---|---|---|---|

**Capital One**
**Attn:  General Correspondence**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0287**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0170**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capital One**
**Attn:  General Correspondence**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0287**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  9642**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,171.00 |
|---|---|---|---|

**Captial One**
**Attn: Bankruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6378**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Chase**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2896**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,998.00 |
|---|---|---|---|

**Citibank**
**P.O. Box 790040**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6491**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Farmers Insurance**
**P.O. Box 0991**
**Carol Stream, IL 60132-0991**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **THE KINGPIN EMPIRE, INC.** _____   Case number *(if known)* _____
         Name

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |
| | **Faulkner Buildings LLC** |
| | **c/o Unique Advisors, LLC  Resident Agent** |
| | **9550 S EASTERN AVE, STE 272** |
| | **Las Vegas, NV 89123** |

Date(s) debt was
incurred  April 2020 (approximately)

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$187,678.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Business Debt - Calculation - $99,689.35 at 12% interest from date of alleged breach - approximated at $33,004.00; 5% of any past due rent as admin fee - approximated at $4984.47; reasonable attorney fees and costs estimated at $50,000

Is the claim subject to offset? ☐ No  ■ Yes

---

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |
| | **Kravitz Schnitzer Johnson & Watson, Chtd** |
| | **8985 S. Eastern Avenue, Suite 200** |
| | **Las Vegas, NV 89123** |

Date(s) debt was incurred  2021-2023

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |
| | **Leah Martin Law** |
| | **Attn:  Leah Martin** |
| | **601 S. Rancho Dr. Ste C26** |
| | **Las Vegas, NV 89106** |

Date(s) debt was incurred _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$12,975.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |
| | **LV Net** |
| | **2595 E. Fremont St.** |
| | **Las Vegas, NV 89104** |

Date(s) debt was incurred _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$4,500.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |
| | **Nevada Energy** |
| | **6226 W. Sahara Avenue** |
| | **Las Vegas, NV 89146** |

Date(s) debt was incurred _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |
| | **Retko Group LLC** |
| | **c/o Terra Properties, Inc.** |
| | **Attn:  Rob Bowman** |
| | **110 Executive Drive** |
| | **Highland, IL 62249-1269** |

Date(s) debt was incurred _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$169,200.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Breach of Lease Agreement - Unpaid Rent, Interest and Attorney Fees - amount is approximated and subject to defenses

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **THE KINGPIN EMPIRE, INC.**    Case number (if known) _____
　　　　Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,651.00 |
|---|---|---|---|

3.17　Nonpriority creditor's name and mailing address

Square, Inc.
1455 Market St. Unit 600
San Francisco, CA 94103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$16,651.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.18　Nonpriority creditor's name and mailing address

Synchrony Bank
Attn: Bankruptcy Department
P.O. Box 965061
Orlando, FL 32896-5061

Date(s) debt was incurred _

Last 4 digits of account number _6897_

As of the petition filing date, the claim is: Check all that apply.    **$4,017.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Affirm, Inc.<br>650 California Street FL 12<br>San Francisco, CA 94108 | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | American Express Company<br>Attn: President<br>200 Vesey Street<br>New York, NY 10285 | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Block, Inc.<br>1455 Market Street, Suite 600<br>San Francisco, CA 94103 | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Capital One Bank USA NA<br>1680 Capital One Drive<br>Mc Lean, VA 22102 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Capital One Bank USA NA<br>1680 Capital One Drive<br>Mc Lean, VA 22102 | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Capital One Bank USA NA<br>1680 Capital One Drive<br>Mc Lean, VA 22102 | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Chase Bank<br>Attn: Bankruptcy Department<br>270 Park Ave. Floor 12<br>New York, NY 10017-2014 | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Citibank Corporate Headquarters<br>145 East 42nd Street<br>New York, NY 10017 | Line **3.9**<br>☐ Not listed. Explain ____ | _ |

| Debtor | THE KINGPIN EMPIRE, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Citibank, N.A. - Business Banking**<br>**P.O. Box 70271**<br>**Philadelphia, PA 16176-0271** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Farmers Insurance**<br>**3120 139th Ave. SE Ste 300**<br>**Bellevue, WA 98005** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Farmers Insurance**<br>**4680 Wilshire Blvd.**<br>**Los Angeles, CA 90001** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Farmers Insurance**<br>**6301 Owensmourth Ave.**<br>**Woodland Hills, CA 91367** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Morris Law Center**<br>**Attn:  Sarah A. Ocampo**<br>**Attn:  Timothy A. Wiseman**<br>**5450 W. Sahara Ave. Suite 830**<br>**Las Vegas, NV 89146** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Square Capital, LLC**<br>**1455 Marekt Street, 8th Floor**<br>**San Francisco, CA 94103** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Square Financial Services, Inc.**<br>**3165 East Millrock Drive, Suite 160**<br>**Salt Lake City, UT 84121** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Synchrony Bank**<br>**777 Long Ridge Road**<br>**Stamford, CT 06902** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Timothy A. Wiseman**<br>**1925 Village Center Circle, Suite 150**<br>**Las Vegas, NV 89134** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 444,543.47 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 444,543.47 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>THE KINGPIN EMPIRE, INC.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **1610 Raiders Way, Suites 140 and 145; Henderson, NV  89052** | |
| State the term remaining | **approximately 3 years** |
| List the contract number of any government contract | | **Retko Group Inc.** <br> **110 Executive Drive** <br> **Highland, IL 62249-1269** |

**Fill in this information to identify the case:**

Debtor name  **THE KINGPIN EMPIRE, INC.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jason Kranitz** | **416 Luke Point Court Henderson, NV 89015** | **Retko Group LLC** | ☐ D _____ <br> ■ E/F __3.16__ <br> ☐ G _____ |
| 2.2 | **Jason Kranitz** | **416 Luke Point Court Henderson, NV 89015** | **Toyota Financial Services** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Jason Kranitz** | **416 Luke Point Court Henderson, NV 89015** | **Affirm, Inc** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.4 | **Jason Kranitz** | **416 Luke Point Court Henderson, NV 89015** | **American Express** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.5 | **Jason Kranitz** | **416 Luke Point Court Henderson, NV 89015** | **Captial One** | ☐ D _____ <br> ■ E/F __3.7__ <br> ☐ G _____ |

Debtor   **THE KINGPIN EMPIRE, INC.**                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jason Kranitz | 416 Luke Point Court<br>Henderson, NV 89015 | Capital One | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.7 | Jason Kranitz | 416 Luke Point Court<br>Henderson, NV 89015 | Capital One | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.8 | Jason Kranitz | 416 Luke Point Court<br>Henderson, NV 89015 | Chase | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.9 | Jason Kranitz | 416 Luke Point Court<br>Henderson, NV 89015 | Faulkner Buildings LLC | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.10 | Jason Kranitz | 416 Luke Point Court<br>Henderson, NV 89015 | Kravitz Schnitzer Johnson & Watson, Chtd | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.11 | Jason Kranitz | 416 Luke Point Court<br>Henderson, NV 89015 | Leah Martin Law | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.12 | Jason Kranitz | 416 Luke Point Court<br>Henderson, NV 89015 | LV Net | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.13 | Jason Kranitz | 416 Luke Point Court<br>Henderson, NV 89015 | Square, Inc. | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

Debtor    **THE KINGPIN EMPIRE, INC.**_____    Case number *(if known)*_____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| 2.14 | **Jason Kranitz** | **416 Luke Point Court**<br>**Henderson, NV 89015** | **Synchrony Bank** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Jason Kranitz** | **416 Luke Point Court**<br>**Henderson, NV 89015** | **Citibank** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.16 | **Susan Kranitz** | **416 Luke Point Court**<br>**Henderson, NV 89015** | **Toyota Financial Services** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Jason Kranitz** | **416 Luke Point Court**<br>**Henderson, NV 89015** | **Retko Group Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name  **THE KINGPIN EMPIRE, INC.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$10,975.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$223,383.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$311,448.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Debtor    THE KINGPIN EMPIRE, INC. _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   Retko Group Inc.<br>110 Executive Drive<br>Highland, IL 62249-1269 | 2-8-23 -<br>$9131 | $9,131.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Landlord** |
| 3.2.   Kravitz Schnitzer Johnson & Watson,<br>Chtd<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123 | 2-23-23 -<br>8464<br>3-22-23 -<br>7000 | $15,464.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Retko Group Inc.<br>110 Executive Drive<br>Highland, IL 62249-1269<br>Landlord | 4-29-22;<br>5-30-22 ;<br>6-30-22;<br>8-1-22;<br>9-12-22;<br>10-17-22;<br>11-15-22;<br>11-29-22;<br>12-29-22;<br>2-8-23 | $52,222.34 | **Principal of entity is a guarantor<br>on such debts** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | THE KINGPIN EMPIRE, INC. | | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Faulkner Buldings LLC, Plaintiff(s) vs. Kingpin Empire Inc, Defendant(s)<br>A-21-841894-C | Breach of Lease and Counterclaim | Eighth Judicial District Court<br>200 Lewis Avenue<br>Las Vegas, NV 89101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of Brian D. Shapiro, LLC<br>510 S. 8th Street<br>Las Vegas, NV 89101 | | April 10, 2023 | $7,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Kingpin Empire, Inc. | | | |

| Debtor | THE KINGPIN EMPIRE, INC. | Case number (if known) | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5880 S. Valley View Blvd** <br> **Las Vegas, NV 89118** | **2019-2020** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor    THE KINGPIN EMPIRE, INC. _____    Case number *(if known)* _____

moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Debtor    THE KINGPIN EMPIRE, INC. _____    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Unique Accounting, LLC**<br>**9550 S. Eastern Avenue Ste. 272**<br>**Las Vegas, NV 89123** | **2020 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jason Kranitz**<br>**416 Luke Point Court**<br>**Henderson, NV 89015** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    THE KINGPIN EMPIRE, INC. _____    Case number (if known) _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Daniel Watson - Appraiser | April 8, 2023 | $30,150.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Daniel Watson<br>2531 Woodson Avenue<br>Henderson, NV 89052 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Kranitz | 416 Luke Point Court<br>Henderson, NV 89015 | President, Secretary, Treasurer and Director | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jason Kranitz<br>416 Luke Point Court<br>Henderson, NV 89015 | $28,994 | 6-6-22; 7-4-22;<br>8-3-22;<br>9-12-22;<br>3-13-23;<br>3-21-23 | Payroll |

| | Relationship to debtor |
|---|---|
| | Principal |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **THE KINGPIN EMPIRE, INC.**                                  Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 14, 2023**

**/s/ Jason Kranitz**                                **Jason Kranitz**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re  __THE KINGPIN EMPIRE, INC.__                                    Case No. _____

                                        Debtor(s)        Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 7,500.00 |
    | Prior to the filing of this statement I have received | $ | 7,500.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **The initial interview with the Client.**
        **b. Review of the Client's financial situation and any follow up meetings related to Client's bankruptcy case.**
        **c. Preparation of Client's bankruptcy petition and schedules along with the actual filing of such documents with the Bankruptcy Court.**
        **d. Provide information to Client's creditors about the status of Client's bankruptcy case.**
        **e. Provide required documents received from the Client to the Bankruptcy Trustee for the Meeting of Creditors.**
        **f. Attendance with the Client at the Meeting of Creditors.**
        **g. Attendance at a 2004 examination of the Debtor, its principal and/or the principal's spouse.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Only the itmes included as stated above; all other services are excluded.**

In re   **THE KINGPIN EMPIRE, INC.**                          Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| **CERTIFICATION** |
|---|
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**April 14, 2023**                                    **/s/ Brian D. Shapiro**
*Date*                                                          **Brian D. Shapiro 5772**
                                                               *Signature of Attorney*
                                                               **Law Office of Brian Shapiro, a Nevada LLC**
                                                               **510 S. 8th Street**
                                                               **Las Vegas, NV 89101-7003**
                                                               **702-386-8600  Fax: 702-383-0994**
                                                               **brian@brianshapirolaw.com**
                                                               *Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re   **THE KINGPIN EMPIRE, INC.**

Debtor(s)

Case No. _____

Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 14, 2023** _____

**/s/ Jason Kranitz** _____

**Jason Kranitz/President**
Signer/Title

THE KINGPIN EMPIRE, INC.
1610 Raiders Way, Suite 140
Henderson, NV 89052

Brian D. Shapiro
Law Office of Brian Shapiro, a Nevada LLC
510 S. 8th Street
Las Vegas, NV 89101-7003

Affirm, Inc
30 Isabella Stree, Floor 4
Pittsburgh, PA 15212

Affirm, Inc.
650 California Street FL 12
San Francisco, CA 94108

American Express
Acct No 1006
PO Box 60189
City of Industry, CA 91716

American Express
Acct No 8023
PO Box 981540
El Paso, TX 79998-1535

American Express Company
Acct No 1006
Attn: President
200 Vesey Street
New York, NY 10285

Block, Inc.
1455 Market Street, Suite 600
San Francisco, CA 94103

Capital One
Acct No 6358
PO Box 30285
Salt Lake City, UT 84130

Capital One
Acct No 0170
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0287

Capital One
Acct No 9642
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0287

```
Capital One Bank USA NA
Acct No 6378
1680 Capital One Drive
Mc Lean, VA 22102

Capital One Bank USA NA
Acct No 0170
1680 Capital One Drive
Mc Lean, VA 22102

Capital One Bank USA NA
Acct No 9642
1680 Capital One Drive
Mc Lean, VA 22102

Captial One
Acct No 6378
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Chase
Acct No 2896
PO Box 15298
Wilmington, DE 19850-5298

Chase Bank
Acct No 2896
Attn: Bankruptcy Department
270 Park Ave. Floor 12
New York, NY 10017-2014

CIT
155 Commerce Way
Portsmouth, NH 03801

CIT Direct Capital
155 Commerce Way
Portsmouth, NH 03801-8660

Citibank
Acct No 6491
P.O. Box 790040
Saint Louis, MO 63179

Citibank Corporate Headquarters
Acct No 6491
145 East 42nd Street
New York, NY 10017

Citibank, N.A. - Business Banking
Acct No 6491
P.O. Box 70271
Philadelphia, PA 16176-0271
```

Farmers Insurance
P.O. Box 0991
Carol Stream, IL 60132-0991

Farmers Insurance
3120 139th Ave. SE Ste 300
Bellevue, WA 98005

Farmers Insurance
6301 Owensmourth Ave.
Woodland Hills, CA 91367

Farmers Insurance
4680 Wilshire Blvd.
Los Angeles, CA 90001

Faulkner Buildings LLC
c/o Unique Advisors, LLC  Resident Agent
9550 S EASTERN AVE, STE 272
Las Vegas, NV 89123

First-Citizens Bank & Trust Company
239 Fayetteville Street
Raleigh, NC 27601

Jason Kranitz
416 Luke Point Court
Henderson, NV 89015

Kravitz Schnitzer Johnson & Watson, Chtd
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123

Leah Martin Law
Attn:  Leah Martin
601 S. Rancho Dr. Ste C26
Las Vegas, NV 89106

LV Net
2595 E. Fremont St.
Las Vegas, NV 89104

Morris Law Center
Attn:  Sarah A. Ocampo
Attn:  Timothy A. Wiseman
5450 W. Sahara Ave. Suite 830
Las Vegas, NV 89146

Nevada Energy
6226 W. Sahara Avenue
Las Vegas, NV 89146

Retko Group Inc.
110 Executive Drive
Highland, IL 62249-1269

```
Retko Group LLC
c/o Terra Properties, Inc.
Attn:  Rob Bowman
110 Executive Drive
Highland, IL 62249-1269

Square Capital, LLC
1455 Marekt Street, 8th Floor
San Francisco, CA 94103

Square Financial Services, Inc.
3165 East Millrock Drive, Suite 160
Salt Lake City, UT 84121

Square, Inc.
1455 Market St. Unit 600
San Francisco, CA 94103

Susan Kranitz
416 Luke Point Court
Henderson, NV 89015

Synchrony Bank
Acct No 6897
Attn:  Bankruptcy Department
P.O. Box 965061
Orlando, FL 32896-5061

Synchrony Bank
Acct No 6897
777 Long Ridge Road
Stamford, CT 06902

Timothy A. Wiseman
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134

Toyota Financial Services
Acct No 5605
Attention:  Bankruptcy
PO Box 259001
Plano, TX 75025

Toyota Financial Services
Acct No 5605
PO Box 5885
Carol Stream, IL 60197

Toyota Financial Services
Acct No 5605
6565 Headquarter Drive
Plano, TX 75024
```

Toyota Motor Credit
Acct No 5605
6565 Headquarters Drive
Plano, TX 75024

U.S. Small Business Administration
13925 Kingsport Road
Fort Worth, TX 76155

U.S. Small Business Administration
409 Third St. SW
Washington, DC 20024

U.S. Small Business Administration
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925

# United States Bankruptcy Court
## District of Nevada

In re   **THE KINGPIN EMPIRE, INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **THE KINGPIN EMPIRE, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 14, 2023

Date

/s/ Brian D. Shapiro

**Brian D. Shapiro 5772**

Signature of Attorney or Litigant

Counsel for   **THE KINGPIN EMPIRE, INC.**

**Law Office of Brian Shapiro, a Nevada LLC**
**510 S. 8th Street**
**Las Vegas, NV 89101-7003**
**702-386-8600 Fax:702-383-0994**
**brian@brianshapirolaw.com**