

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 12, 2024

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE KINGPIN EMPIRE, INC.<br><br>Debtor(s). | Case No. 23-11477-MKN<br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND PAYMENT OF PROPOSED DISTRIBUTIONS**<br><br>Hearing Date:  January 11, 2024<br>Hearing Time:  11:00 a.m. |

  Chapter 7 trustee ROBERT E. ATKINSON ("*__Trustee__*") filed his Trustee's Final Report in this case ("*__Final Report__*").  The Final Report included the Trustee's application for compensation and reimbursement of expenses.

  The Trustee subsequently filed and served notice of a summary of the Final Report and the application ("*__Notice__*"), and the matter came on for hearing.  No opposition had been filed.

  The Court finds that: (i) the Notice was properly served; (ii) no opposition to the Final Report was filed; and (iii) the fees compensation and expense reimbursements sought by the Trustee are reasonable pursuant to 11 U.S.C. § 330(a).

Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Trustee's fees in the amount of $1,550.63, and reimbursement of expenses in the amount of $591.82, are hereby both approved as an administrative expense in this case, on a final basis.

2. The Trustee is authorized to make the payments and distributions as proposed in the Final Report.

**IT IS SO ORDERED.**

# # #

Respectfully submitted by:

   /s/ Robert E. Atkinson
ROBERT E. ATKINSON
*Chapter 7 Trustee*

### **CERTIFICATION re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirements set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###