

_____
Mary A. Schott
Clerk of Court

Entered on Docket
January 26, 2024
_____

NVB 3011–1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

THE KINGPIN EMPIRE, INC.
    dba KINGPIN UNIVERSITY
    dba KINGPIN CAR & MARINE AUDIO

Debtor(s)

BK−23−11477−mkn
CHAPTER 7

ORDER GRANTING
APPLICATION TO
DEPOSIT UNCLAIMED FUNDS

On 01/23/2024, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###